UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 7130**

Tasheba Harden
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Continuum Health Partners, Inc.
William LaDue
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☑ Yes    ☐ No
              *(check one)*

RECEIVED
SEP 20 2012
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name          Tasheba Harden
             Street Address  1470 Amsterdam Ave #3C
             County, City   New York, NY
             State & Zip Code  NY 10027
             Telephone Number  (347) 405-4677

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1   Name _Continuum Health Partners, Inc._
                  Street Address _555 W. 57 st_
                  County, City _NY, NY_
                  State & Zip Code _NY 10019_
                  Telephone Number _____

Defendant No. 2   Name _William LaDue_
                  Street Address _515 W. 59 st 2nd Floor_
                  County, City _NY, NY_
                  State & Zip Code _NY 10019_
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     ☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Fmla issue_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

Rev. 05/2010

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? During work hours at Continuum's Accounts Payable department.

B. What date and approximate time did the events giving rise to your claim(s) occur? 9/21/10 around 11:30 am

C. Facts: I was fired in retaliation of an Fmla claim that I filed on 8/29/10.

[What happened to you?]

The Director of Accounts Payable William LaDue refused to assign my fmla claim and Continuum Health Partners failed to acknowledge my approved fmla papers, which was signed by Jackie Rosado to process claim.

[Who did what?]

William LaDue and Continuum Health Partners failed to ~~accomodate~~ provide me with an Fmla accomodation even though my claim was approved. Therefore, since accomodation were not granted, I was fired in return.

[Was anyone else involved?]

Jackie Rosado (Assist Director of A/P) advised me that William would not sign fmla papers, which is why she signed papers. She also advised me that he wanted to fire me and he had already written my termination letter a week prior to me being fired.

[Who else saw what happened?]

IV. Injuries:
If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

No.

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking to open Continuum's eyes, so that they are aware of how department is being ~~runned~~ runned. How I was ~~wa~~ wrongfully terminated with approval papers.

I am seeking one year's salary, due to my financial hardships from termination and lack of finding employment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of September, 2012.

Signature of Plaintiff  [signature]

Mailing Address   1470 Amsterdam Ave
                  Apt 3C
                  NY NY 10027

Telephone Number   (347) 405-4677

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*




Liberty Life Assurance of Boston
Leave Service Department
P.O. Box 8700
Dover, NH 03821-8700

9/3/2010

TASHEEA HARDEN
654 EAST 227TH STREET APT 22
APT 22
BRONX, NY 10466-0000

RE: Continuum Health Services Intermittent Leave Acknowledgment
    LEAVE ID#: 2867007

Dear Ms. HARDEN,

We received your request for leave due to care of a family member included in the Family & Medical Leave Act (FMLA) on 9/3/2010. You have indicated that your FMLA leave will begin on 9/13/2010, and end on 9/12/2011.

You are eligible for leave under the FMLA leave program.

Our records show, as of the date of this letter, prior to your leave begin date, you have a right under the Family & Medical Leave Act for up to 420.00 hours of unpaid leave in a rolling backward, 365 day period for your leave. Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work and you must be reinstated to the same or an equivalent job with the same pay, benefits, term, and conditions of employment on your return from leave.

Enclosed you will find a copy of your Rights under the Family & Medical Leave Act.

Enclosed is a Medical Certification form to be completed by the Health Care Provider and returned to our office within 15 calendar days from the date of this letter. You or your Health Care Provider may fax this form to the number below, or use the return envelope if provided with this letter. Failure to provide the required documentation within 30 days from the date of this letter may result in your FMLA leave being denied. You may fax this information to us at (800) 694-6312, or mail to us at the address listed above.

Liberty will update you on your status throughout the course of your FMLA leave request. Please follow all instructions to ensure timely administration of your FMLA leave.

You will be required to furnish recertification relating to a serious health condition if you have continued need for leave at the end of the approved leave period. Recertification would be required (1) if the circumstances surrounding your leave have changed or (2) at the end duration date of your current medical certification form. The maximum time allowed before recertification is required would be 365 days during an approved open leave. Please follow all instructions when you receive the request for medical recertification to ensure timely administration of your FMLA leave.

Information regarding health insurance and other benefit continuation while on FMLA leave will need to be discussed with your employer.

 

Continuum Health Partners
Accounts Payable
515 West 59th Street, 2nd Floor
New York, NY 10019

www.WeHealNewYork.org

September 27, 2010

Ms. Tasheba Harden
654 East 27th Street – Apt. 22
Bronx, N.Y. 10466

RE:   Termination Letter

Dear Ms. Harden,

This letter is to confirm that your employment ended with Continuum Health Partners, Inc. on Tuesday, September 21, 2010.

Regards,

Kathleen M. Maher
Human Resources

Cc: File

**Continuum** Health Partners, Inc.

  

| Beth Israel | Roosevelt Hospital | St. Luke's Hospital | Long Island College Hospital | NY Eye & Ear Infirmary |
|---|---|---|---|---|
| University Hospital and Manhattan Campus for the Albert Einstein College of Medicine | University Hospital of Columbia University College of Physicians & Surgeons | University Hospital of Columbia University College of Physicians & Surgeons | Primary Clinical Teaching Affiliate of SUNY—Health Science Center at Brooklyn | Affiliated Teaching Hospital of New York Medical College |